183 So.2d 650

Mr. and Mrs. Charles R. FRENSLEY

v.

GRAVITY DRAINAGE DISTRICT NO. 5.

No. 48054.

March 11, 1966.

In re: Mr. and Mrs. Charles R. Frensley applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 180 So.2d 743.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

183 So.2d 651

Isidore MILLET

v.

The PULLMAN COMPANY.

No. 48055.

March 11, 1966.

In re: Isidore Millet applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 181 So.2d 237.

The application is denied. According to the fact of these cases as found by the Court of Appeal, the result reached in each case is correct.